# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1775
LT Case No. 2020-CF-00372

_____

JAMIE L. ARMSTRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General, Daytona Beach, for Appellee.

August 22, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____